### COUNTY TREASURER v. BURR ET AL.

A bond taken by a justice in a criminal prosecution, conditioned that the defendant shall appear, answer, and abide judgment, is a good bond.

SCIRE FACIAS upon a bond of recognizance entered into before a justice of the peace upon a prosecution against Noadiah Burr, Jr. for a breach of the peace, for assaulting and beating an officer, and resisting him in the execution of his office; upon which said justice ordered and adjudged that he should become bound with surety in the sum of £50 to said treasurer, to be paid upon condition that said Noadiah, Jr. shall fail to appear before the County Court to be holden, etc. and answer to said complaint, and to abide the judgment of said court thereon; and the defendants entered into a bond of recognizance of the tenor aforesaid, before said justice; that said Noadiah, Jr. appeared and plead to said complaint that he was not guilty; issue to the jury; and the jury brought in their verdict that he was guilty; and said Noadiah being three times called to appear before said court to receive the judgment of the court, upon said complaint, made default of appearing; and thereupon said bond became forfeited, praying for a remedy in the premises. Demurrer to the declaration.

Judgment — That the declaration is sufficient.

Exception to the declaration — That the justice had no right to require or to take a bond with a condition that the defendant should abide the judgment of the court.

By the COURT. Whether the justice ought to have imprisoned him had he refused to give bond with that condition in it, in case he had tendered a bond conditioned to appear before said court, and answer to said complaint, is not necessary to be decided in this case; it is clear that the bond is a lawful bond, taken according to the usual form, and the defendants are holden by it.